IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

M.M., A CHILD,

      Petitioner,

v.                                                                          Case No. 5D16-2133

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 19, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and Molina Arena-Randall, Assistant Public Defender, Orlando, for Petitioner.

No appearance for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the May 13, 2016 sentence modifications and order denying motion to terminate illegal sentence in Case Nos. CJ14-1141-O, CJ14-1668-O, CJ14-2203-O, CJ14-3912-O, CJ14-1759-O, CJ14-5008-O, CJ14-4325-O, CJ14-4145-O, and CJ15-4861-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

TORPY, BERGER and LAMBERT, JJ., concur.